IN THE SUPREME COURT
STATE OF NORTH DAKOTA

2019 ND 247

In the Interest of G.T., a child

In the Interest of E.T., a child

In the Interest of C.T., a child

In the Interest of I.T., a child

Lyndsey Tungseth, L.S.W.,

Cass County Social Services,                                          Petitioner and Appellee

      v.

C.J. and S.T.,                                                  Respondents and Appellants

Nos. 20190257, 20190258, 20190259,
20190260, 20190265, 20190266,
20190267 & 20190268

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Scott A. Griffeth, Juvenile Referee.

AFFIRMED.

Per Curiam.

Diane Davies-Luger, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

E. Jane Sundby, West Fargo, ND, for respondent and appellant C.J.; submitted on brief.

Monte L. Rogneby and Megan J. Gordon, Bismarck, ND, for respondent and appellant S.T.; submitted on brief.

**Interest of G.T., E.T., C.T., I.T.**
**Nos. 20190257-20190260 & 20190265-20190268**

**Per Curiam.**

[¶1]    C.J., the mother, and S.T., the father, separately appeal from a juvenile court judgment terminating parental rights to four children. The mother argues the juvenile court erred by finding the causes of the deprivation were likely to continue, causing harm to the children. The father argues several findings of fact are clearly erroneous and his due process rights were violated when the court refused to grant a continuance or make other arrangements so he could attend the termination hearing.

[¶2]    We summarily affirm under N.D.R.App.P. 35.1(a)(2),(4), and (7). *Matter of Adoption of J.M.H.*, 1997 ND 99, ¶ 18, 564 N.W.2d 623 ("Prisoners do not have a constitutional due process right to personally appear at a proceeding for the termination of their parental rights. Prisoners' due process rights generally are satisfied if they are represented by counsel and have an opportunity to appear by deposition or other discovery technique.") (internal citation omitted). *See In Interest of A.B.*, 2017 ND 178, ¶ 12, 898 N.W.2d 676.

[¶3]    Gerald W. VandeWalle, C.J.
Daniel J. Crothers
Lisa Fair McEvers
Jon J. Jensen
Jerod E. Tufte